

# NUMBER 13-24-00596-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

TAYLOR NICOLE BROWN,                                        Appellant,

v.

THE STATE OF TEXAS,                                        Appellee.

## ON APPEAL FROM THE 372ND DISTRICT COURT
## OF TARRANT COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Silva

This cause is before the Court on appellant's motion to dismiss this appeal. The motion was signed by the appellant and counsel.[1] On April 22, 2025, we abated this appeal and remanded the matter for the trial court to determine whether appellant wished

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

to pursue her appeal or whether she had abandoned it. Subsequently, appellant filed the motion to dismiss which is now before us, and we are of the opinion that the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we reinstate the appeal and grant the motion to dismiss. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
22nd day of May, 2025.